UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF NEWARK

GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
P.O. Box 116
Trenton, New Jersey 08625
Attorney for Defendants,
 State of New Jersey, Treasury Department; Union County Prosecutor's Office; and
 Edward Neafsey

By: Robert J. McGuire
    Deputy Attorney General

| | |
|---|---|
| DUQUENE PIERRE, <br><br> Plaintiff, <br><br> v. <br><br> STATE OF NEW JERSEY, DEPARTMENT OF THE TREASURY, et al., <br><br> Defendants. | HON. JOSE L. LINARES, U.S.D.J. <br><br> CIVIL ACTION NO. 2:18-cv-3443-JLL-CLW <br><br> NOTICE OF APPEARANCE |

The undersigned hereby enters an appearance as counsel for Defendants State of New Jersey, Treasury Department; Union County Prosecutor's Office; and Edward

Neafsey in the above-captioned matter, and requests that he be provided with copies of all pleadings and electronic notices in this matter.

                          GURBIR S. GREWAL
                          ATTORNEY GENERAL OF NEW JERSEY

                          /s/ Robert J. McGuire
                             Robert J. McGuire

Date: April 5, 2018