**DONALD A. DiGIOIA**
**LAW GROUP, P.A.**
**1299 Route 22 E.**
**Mountainside, NJ 07092**
**(908) 789-9000**
(908) 789-9010 Fax
whdlaw@verizon.net


June 28, 2018

E-FILING
Honorable Jose L. Linares
Chief Judge, U.S.D.J.
Martine Luther King Jr.
Federal Building & Courthouse
50 Walnut Street, Room 5054
Newark, NJ 07102

      Re: Duquene Pierre v. State of New Jersey, Department of Treasury, et al.
          Civil Action No. 2:18-cv-3443-JLL-CLW

Dear Chief Judge Linares:

    As Your Honor is aware, our office represents the plaintiff in the above-captioned action. In that regard, on June 15, 2018, my adversary Deputy Attorney General Robert J. McGuire filed a Notice of Motion for Dismissal of certain claims in the above matter pursuant to Fed. R. Civ. P.12(b)(6), and the responsive brief is currently due on Monday, July 2, 2018.

    In that regard, I respectfully request that Your Honor grant a two week extension of the deadline pertaining to the filing of the plaintiff's brief in opposition to this matter. There is voluminous discovery in this case, and additional time is needed to respond to the motion. My associate, Michael T. Simon, Esquire, who is assisting me in the preparation and handing of this case, has been on trial before the Honorable Lara DeFabrizio, J.S.C. since Tuesday, June 12, 2018. The jury is deliberating in that case, and I anticipate that he shall be available to assist me immediately after a verdict is reached.

    On June 27, 2018, I had a telephone conversation with Deputy Attorney General McGuire, and he readily consented to a two week extension of the time period for the submission of our brief.

    Under the circumstances, I respectfully request that Your Honor extend the time within which plaintiff must file its brief in opposition to the motion from July 2, 2018, until Monday, July 16, 2018.

Hon. Jose L. Linares, Chief U.S.D.J.
June 28, 2018
Page 2

      I shall call your chambers tomorrow regarding this request, and I thank you very much for your consideration. ✻

Respectfully yours,

Donald A. DiGioia

DAD:cer
cc: Deputy Attorney General Robert J. McGuire
    Robert F. Varady, Jr., Esquire
    Edward Kologi, Esquire
    Robert Renaud, Esquire
    Daniel Antonelli, Esquire

✻ Plaintiff's brief shall be due by July 23, 2018; Defendant's reply shall be due by July 30, 2018; Defendant's Motion to Dismiss, (ECF No. 14), shall be returnable on August 6, 2018.

SO ORDERED: /s/ Jose Linares
DATED: 6/29/2018