

## State of New Jersey
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO BOX 116
TRENTON NJ 08625-0116

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

GURBIR S. GREWAL
*Attorney General*

MICHELLE L. MILLER
*Director*

August 2, 2018

Via ECF
Hon. Jose L. Linares, Chief Judge
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

    Re:  Duquene Pierre v. State of New Jersey, et. al.
         Docket No. 18-cv-3443-JLL-CLW

Dear Chief Judge Linares:

    This office represents defendants State of New Jersey, Department of the Treasury, Union County Prosecutor's Office, Edward Neafsey, Edward Johnson, Robert Baer and William Kolano defendants in this matter. With the gracious consent of Plaintiff's counsel, I am respectfully requesting that my clients' motion to dismiss, which is currently returnable on August 6, 2018, be adjourned to September 4, 2018, and that the date for the filing of defendants' reply brief by set for August 28, 2018. I have been required to address a number of emergent matters during this past month, and I will be in Portugal on vacation from August 7 through August 18, 2018. Thank you in advance for your kind consideration of this request.

                                 Respectfully,

                                 GURBIR S. GREWAL
                                 ATTORNEY GENERAL OF NEW JERSEY

                 By:  s/ Robert J. McGuire
                       Deputy Attorney General

SO ORDERED: [signature]

DATED: 8/3/2018



HUGHES JUSTICE COMPLEX · TELEPHONE: 609-376-2787 · FAX: 609-633-8702
*New Jersey Is An Equal Opportunity Employer · Printed on Recycled Paper and Recyclable*