**ANTONELLI KANTOR, P.C.**
1000 Stuyvesant Avenue
Suite #1
Union, New Jersey 07083
Tel.: 908-623-3676
Fax: 908-866-0336
Daniel Antonelli (00684-1997)
Vivian Lekkas (01487-2009)
*Attorneys for Defendant,*
*Officer John Luby*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DUQUENE PIERRE,<br><br>             Plaintiff,<br><br>v.<br><br>STATE OF NEW JERSEY, TREASURY DEPARTMENT, THOMAS J. BUTLER, JR.; DAVID V. CONTI, JR.; LAW OFFICE OF DAVID CONTI; BUTLER & CONTI; CONTI & CONTI, P.C.; ABC CORP. 1-3; CITY OF ELIZABETH; ELIZABETH POLICE DEPARTMENT; THOMAS KOCZUR; JOHN LUBY; DAVID DEROSA; WILLIAM MCCUE; JOHN DOES 1-13; COUNTY OF UNION; UNION COUNTY PROSECUTOR'S OFFICE; EDWARD NEAFSEY; EDWARD JOHNSON; JOHN FURDA; WILLIAM KOLANO; ROBERT BAER; ANN RUBIN; JOHN DOES14-20.<br><br>             Defendants. | Civil Action No: 2:18-cv-03443-JLL-CLW<br><br>CIVIL ACTION<br><br>**NOTICE OF APPEARANCE** |

      **PLEASE TAKE NOTICE** that the undersigned hereby enters her appearance in the above-captioned matter as counsel for Defendant, John Luby, and requests that she be provided copies of all pleadings and electronic filings in this matter.

**ANTONELLI KANTOR, PC**
Attorneys for Defendant,
Officer John Luby


By: /s/Vivian Lekkas
    Vivian Lekkas
    1000 Stuyvesant Avenue,
    Suite 1
    Union, New Jersey 07083
    Tel.: (908) 623-3676
    vlekkas@aknjlaw.com

Dated: August 17, 2018