**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DUQUENE PIERRE,<br><br>        Plaintiff,<br><br>v.<br><br>STATE OF NEW JERSEY, TREASURY DEPARTMENT, *et al.*,<br><br>        Defendants. | Civil Action No.: 18-3443 (JLL)<br><br>**ORDER** |

IT APPEARING THAT:

1. Presently before the Court is a Motion to Dismiss Plaintiff Duquene Pierre's Complaint filed by Defendants Robert Baer, Edward Johnson, William Kolano, Edward Neafsey, State of New Jersey Treasury Department, and Union County Prosecutor's Office (collectively, "Prosecutor Defendants"), pursuant to Federal Rule of Civil Procedure 12(b)(6). (ECF No. 14). The motion was filed on June 15, 2018. (*Id.*). Plaintiff has submitted opposition, Prosecutor Defendants' reply is due on August 28, 2018, and the motion is returnable on September 4, 2018. (ECF Nos. 28, 32).

2. Additionally, on August 8, 2018, Defendant County of Union filed a Motion to Dismiss Plaintiff's Complaint, pursuant to Federal Rule of Civil Procedure 12(b)(6). (ECF No. 33). In accordance with Local Civil Rule 78.1, Defendant County of Union's motion is returnable on September 4, 2018.

3. On August 17, 2018, Plaintiff's Counsel filed a letter requesting a three-week extension for Plaintiff to file his opposition. (ECF No. 36). Said request would make Defendant County of Union's Motion returnable in two return cycles, or on October 1, 2018.

4. As an initial matter, the Court determines that in the interest of judicial economy and efficiency it shall address both Motions to Dismiss, (ECF Nos. 14, 33), simultaneously.

5. Furthermore, the Court will permit Plaintiff an extension to file his opposition to Defendant County of Union's Motion, but shall grant same for only one return cycle to prevent undue delay in the Court's determination of the motions. For these reasons,

**IT IS THEREFORE** on this 20th day of August, 2018,

**ORDERED** that Prosecutor Defendants' Motion to Dismiss, (ECF No. 14), and Defendant County of Union's Motion to Dismiss, (ECF No. 33), are hereby ADJOURNED and shall be returnable on September 17, 2018; and it is further

**ORDERED** that Prosecutor Defendants' reply in further support of their Motion to Dismiss shall be submitted to the Court by August 28, 2018, as the Court has previously ordered; and it is further

**ORDERED** that Plaintiff's opposition to Defendant County of Union's Motion to Dismiss shall be submitted to the Court by September 4, 2018; and it is further

**ORDERED** that Defendant County of Union's reply in further support of its Motion to Dismiss, if any, shall be submitted to the Court by September 10, 2018.

_____
JOSÉ L. LINARES
Chief Judge, United States District Court