**Law Offices of Jorge Cruz**
Attorney Id. No.: 027291986
955 Elizabeth Avenue
Elizabeth, New Jersey 07201
(908) 820-9200
Attorneys for Defendant Thomas J. Butler, Jr.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DUQUENE PIERRE,<br><br>*Plaintiff(s)*,<br><br>vs.<br><br>STATE OF NEW JERSEY, TREASURY DEPARTMENT; THOMAS J. BUTLER, JR.; DAVID V. CONTI, JR.; LAW OFFICE OF DAVID CONTI; BUTLER & CONTI; CONTI & CONTI, P.C.; ABC CORP. 1-3; CITY OF ELIZABETH; ELIZABETH POLICE DEPARTMENT; THOMAS KOCZUR; JOHN LUBY; DAVID DEROSA; MILLIAM McCUE; JOHN DOES 1-13; COUNTY OF UNION; UNION COUNTY PROSECUTOR'S OFFICE; EDWARD NEAFSEY; EDWARD JOHNSON; JOHN FURDA; WILLIAM KOLANO; ROBERT BAER; ANN RUBIN; JOHN DOES 14-20<br><br>*Defendant(s)*. | Civil Action No. 2:18-CV-03443 (JLL) (CLW)<br><br>**CONSENT ORDER EXTENDING TIME TO ANSWER** |

This matter having been opened to the Court upon application of the Law Offices of Jorge Cruz, attorneys for the Defendant, Thomas J. Butler, Jr., with the consent of the attorneys for Plaintiff, for a Consent Order extending time within to file an Answer, move, or otherwise plead with respect to the Complaint, for an additional period of thirty days or no later than October 1, 2018, and for good cause having been shown;

IT IS on this 4 day of September, 2018

**ORDERED**, that the Defendant, Thomas J. Butler, Jr., be permitted to file a responsive Answer, move or otherwise plead with respect to the Complaint for an additional period of thirty days or no later than October 1, 2018 and, it is

**FURTHER ORDERED** that a copy of this Order be served upon all counsel of record within 10 days of the date hereof.

_____
CATHY WALDOR, U.S.M.J.

DONALD A. DiGIOA LAW GROUP, P.A.
Attorneys for Plaintiff

By: _____
Donald A. DiGioa, Esq.

LAW OFFICES OF JORGE CRUZ

By: _____
Jorge Cruz, Esq.