Donald A. DiGioia, Esquire
Attorney ID# 011611976
Donald A. DiGioia Law Group, P.A.
1299 Route 22 East
Mountainside, New Jersey 07092
(908) 789-9000
Attorneys for Plaintiff Duquene Pierre

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DUQUENE PIERRE, | : HON. JOSE L. LINARES, U.S.D.J. |
| Plaintiff, | : |
| vs. | : |
| | : Civil Action No. |
| STATE OF NEW JERSEY, TREASURY DEPARTMENT; THOMAS J. BUTLER, JR.; DAVID V. CONTI, JR.; LAW OFFICE OF DAVID CONTI; BUTLER & CONTI; CONTI & CONTI, P.C.; ABC CORP. 1-3; CITY OF ELIZABETH; ELIZABETH POLICE DEPARTMENT; THOMAS KOCZUR; JOHN LUBY; DAVID DEROSA; WILLIAM McCUE; JOHN DOES 1-13; COUNTY OF UNION; UNION COUNTY PROSECUTOR'S OFFICE; EDWARD NEAFSEY; EDWARD JOHNSON; JOHN FURDA; WILLIAM KOLANO; ROBERT BAER; ANN RUBIN; JOHN DOES 14-20, | : 2:18-cv-3443-JLL-CLW<br>:<br>: STIPULATION AND ORDER<br>: OF DISMISSAL WITH<br>: PREJUDICE AS TO THE<br>: FOLLOWING NAMED<br>: DEFENDANTS ONLY |
| Defendants. | : |

The matter in difference in the above-entitled action having been amicably adjusted by and between plaintiff Duquene Pierre and defendants State of New Jersey, Treasury Department, Union County Prosecutor's Office, Edward Neafsey, Edward Johnson, John Furda, William Kolano, Robert Baer, and Ann Rubin, only, it is hereby stipulated and agreed that the same be,

and hereby is, dismissed with prejudice and without costs against either party named above only, and the remaining named defendants are not parties to this Stipulation.

Dated: July 23, 2019.

| | |
|---|---|
| Donald A. DiGioia Law Group, P.A.<br>Attorneys for Plaintiff | Office of the Attorney General<br>Attorneys for Defendants State of New Jersey, Treasury Department, Union County Prosecutor's Office, and Union County Prosecutor's Office Employee Defendants |
| *[signature]*<br>By: Donald A. DiGioia, Esquire | /s/ Robert J. McGuire<br>By: D.A.G. Robert J. McGuire |

**IT IS SO ORDERED.**

**s/ Kevin McNulty**
**Hon. Kevin McNulty**
**U.S. District Judge**
**Date: 11/10/2022**