Donald A. DiGioia, Esquire
Attorney ID# 011611976
Donald A. DiGioia Law Group, P.A.
1299 Route 22 East
Mountainside, New Jersey 07092
(908) 789-9000
Attorneys for Plaintiff Duquene Pierre

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| DUQUENE PIERRE,<br><br>  Plaintiff,<br><br>vs.<br><br>STATE OF NEW JERSEY, TREASURY DEPARTMENT; THOMAS J. BUTLER, JR.; DAVID V. CONTI, JR.; LAW OFFICE OF DAVID CONTI; BUTLER & CONTI; CONTI & CONTI, P.C.; LINDA E. MALLOZZI; CONTI & MALLOZZI; ABC CORP. 1-3; CITY OF ELIZABETH; ELIZABETH POLICE DEPARTMENT; THOMAS KOCZUR; JOHN LUBY; DAVID DEROSA; WILLIAM McCUE; JOHN DOES 1-13; COUNTY OF UNION; UNION COUNTY PROSECUTOR'S OFFICE; EDWARD NEAFSEY; EDWARD JOHNSON; JOHN FURDA; WILLIAM KOLANO; ROBERT BAER; ANN RUBIN; JOHN DOES 14-20<br><br>  Defendants. | Civil Action No.: 2:18-cv-3443-KM-CLW<br><br>Civil Action<br><br>\*\*\* **ORDER** \*\*\*<br><br>STIPULATION OF DISMISSAL<br>WITH PREJUDICE |

The matter in controversy in the above-entitled action having been amicably resolved between Plaintiff, Duquene Pierre, Defendant Linda E. Mallozzi, Esquire, Defendant Conti & Mallozzi, and CNA Financial Corporation/Continental Casualty Company, it is hereby stipulated

and agreed that same be and hereby is dismissed with prejudice and without costs against either of the settling parties named herein only.

| | |
|---|---|
| Donald A. DiGioia Law Group, P.A. | Kaufman Dolowich, LLP |
| By: Donald A. DiGioia, Esquire<br>Attorneys for Plaintiff Pierre | By: Iram P. Valentin, Esquire<br>Attorneys for Defendant Mallozzi |
| Dated: September 21, 2023. | Dated: ~~September~~ ____, 2023<br>October 11 |

**SO ORDERED.**

**s/ Kevin McNulty**
**Hon. Kevin McNulty**
**U.S. District Judge**
**Date: 10/12/2023**